# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BILLY RAY MCMANIS (1),<br><br>　　　　　　　　Defendant. | CASE NO. 11CR4232-L<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>DEC 0 8 2011<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case (11CR4976-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__XX__ of the offense(s) as charged in the Indictment/(Information):

　　　21: 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 5, 2011

　　　　　　　　　　　　　　　　　　_/s/ M. James Lorenz_
　　　　　　　　　　　　　　　　　　M. JAMES LORENZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE